IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RON C. NIELSEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, National Association as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2003-HE6, Asset Backed Pass-Through Certificates, Series 2003-HE6;<br><br>HOMEWARD RESIDENTIAL, Servicer for Wells Fargo Bank N.A., as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2003-HE6, Asset Backed Pass-Through Certificates, Series 2003-HE6;<br><br>OCWEN LOAN SERVICING, LLC, Servicers for Wells Fargo Bank N.A., as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust 2003-HE6, Asset Backed Pass-Through Certificates, Series 2003-HE6;<br><br>    and<br><br>JOHN DOES 1-25,<br>Unknown individuals,<br><br>        Defendants. | 8:14CV208<br><br>ORDER |

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 15). Accordingly,

**IT IS ORDERED**:

The parties' Stipulation for Dismissal with Prejudice (Filing No. 15) is granted and the plaintiff's claims against the defendants are hereby dismissed with prejudice and each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED**:

The September 16, 2013, Trustee's Sale and Trustee's Deed recorded on November 1, 2013, as Instrument No. 2013056470 in the Office of the Register of Deeds of Lancaster County, Nebraska, shall be set aside; and the Note and Deed of Trust described in the Complaint is declared to be in full force and effect to the same extent as if no Trustee's Sale had been held and no Trustee's Deed recorded.  Upon filing of a certified copy of this order, title in the real property commonly known as 1803 Garfield Street, Lincoln, Nebraska 68502 and more specifically described as, LOT TWENTY-ONE (21), W.W. HOLMES SUBDIVISION, LINCOLN, LANCASTER COUNTY, NEBRASKA, shall revert to the pre-foreclosure state.

Dated this 8th day of December, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge